1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  SARA J. RUSSELL
   Supervising Deputy Attorney General
4  CLIFFORD T. LEE, State Bar No. 74687
   Deputy Attorney General
5  DEBORAH A. WORDHAM, State Bar No. 180508
   Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5546
7   Fax:  (415) 703-5480
    Email:  Cliff.Lee@doj.ca.gov
8   Email:  Deborah.Wordham@doj.ca.gov

9  Attorneys for State Defendants

10
                    IN THE UNITED STATES DISTRICT COURT
11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12
   | | |
   |---|---|
   | **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN CARLSON, JR., in his capacity as Executive Director of the California Fish and Game Commission, RICHARD ROGERS, in his official capacity as President of the California Fish and Game Commission, CINDY GUSTAFSON, in her official capacity as Vice President of the California Fish and Game Commission, JIM KELLOGG, in his official capacity as Member of the California Fish and Game Commission, MICHAEL SUTTON, in his official capacity as Member of the California Fish and Game Commission, CALIFORNIA FISH AND GAME COMMISSION, JOHN MCCAMMAN, in his official capacity as Interim Director of the California Department of Fish and Game, AND CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>Defendants. | No.: 1:08-CV-00397-OWW-GSA<br><br>**STIPULATION AND ORDER RE JUNE 12, 2008 SCHEDULING CONFERENCE** |

1   WHEREAS, on or about April 15, 2008, Central Delta Water Agency, South Delta
2   Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza (Central Delta
3   applicants) filed a motion to intervene in the above entitled matter,
4   WHEREAS, on or about May 8, 2008, the defendants John Carlson, Jr., Richard
5   Rogers, Cindy Gustafson, Jim Kellogg, Michael Sutton, and John McCamman (State defendants)
6   filed a motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil
7   Procedure in the above entitled matter,
8   WHEREAS, on or about May 19, 2008, the California Sportfishing Protection
9   Alliance, the California Striped Bass Association, and the Northern California Council of
10  Federation of Flyfishers (Sportfishing applicants) filed a motion to intervene in the about entitled
11  matter,
12  WHEREAS, the Court has set June 2, 2008 as the hearing date to hear the Central
13  Delta applicants' motion to intervene, and has set July 14, 2008 as the hearing date to hear the
14  State defendants' Rule 12(c) motion for judgment on the pleadings and to hear the Sportfishing
15  applicants' motion to intervene,
16  WHEREAS, the Court has set June 12, 2008 as the date for a scheduling conference
17  under Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16-240, and
18  WHEREAS, the Court's resolution of the pending motions described above will affect
19  the subjects and matters for consideration at the June 12, 2008 scheduling conference, including
20  but not limited to issues regarding the Court's jurisdiction, the determination of the appropriate
21  parties to this action, the formulation and simplification of issues, the propriety of initial
22  disclosures under Rule 26 of the Federal Rules of Civil Procedure, and the scope of discovery,
23  NOW, THEREFORE, it is hereby stipulated by and between the plaintiffs Coalition for
24  a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills
25  Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon and the State
26  defendants, through their respective counsel and subject to the approval of the Court, as follows:
27  1.   The scheduling conference described in the May 2, 2008 Minute Order (Doc. No.
28  22) in the above entitled matter be continued from June 12, 2008 at 8:00 a.m. until 30 days after

1 the Court has issued its ruling on the State defendants' Rule 12(c) motion for judgment on the

2 pleadings, or as soon thereafter as the Court deems appropriate.

3       2.   This stipulation may be executed by way of counterpart signatures and/or by way

4 of facsimile signatures.

Dated: May 21, 2008                               EDMUND G. BROWN JR.
                                                  Attorney General of the State of
                                                  California


                                                  By: /s/ Clifford T. Lee (auth. 5/21/08)
                                                      Clifford T. Lee
                                                      Deborah A. Wordham
                                                      Deputy Attorneys General
                                                      Attorneys for the State Defendants


Dated: May 21, 2008                               NOSSAMAN, GUTHNER, KNOX, &
                                                  ELLIOTT, LLP
                                                  ROBERT D. THORNTON



                                                  By: /s/ Paul S. Weiland (auth. 5/21/08)
                                                      Paul S. Weiland
                                                      Attorneys for the Plaintiffs


FOR GOOD CAUSE SHOWN,

It is ordered that the scheduling conference in the above entitled matter be continued to

September 12, 2008 at 8:15 a.m. in Courtroom 3 before Judge Oliver W. Wanger.


IT IS SO ORDERED.

**Dated:   May 21, 2008**                         _____/s/ Oliver W. Wanger_____
                                                  UNITED STATES DISTRICT JUDGE