1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  SARA J. RUSSELL
   Supervising Deputy Attorney General
4  CLIFFORD T. LEE, State Bar No. 74687
   Deputy Attorney General
5  DEBORAH A. WORDHAM, State Bar No. 180508
   Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5546
7   Fax:  (415) 703-5480
    Email:  Cliff.Lee@doj.ca.gov
8   Email:  Deborah.Wordham@doj.ca.gov

9  Attorneys for State Defendants

10
11  **IN THE UNITED STATES DISTRICT COURT**
    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12
13  **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**

No.: 1:08-CV-00397-OWW-GSA

**STIPULATION AND ORDER TO CONTINUE SEPTEMBER 12, 2008 SCHEDULING CONFERENCE**

16                                     Plaintiffs,

17           v.

18  **JOHN CARLSON, JR., in his capacity as Executive Director of the California Fish and Game Commission, et al.,**

20                                     Defendants.

21  **CENTRAL DELTA WATER AGENCY, SOUTH DELTA WATER AGENCY, HONKER CUT MARINE, INC., RUDY MUSSI, and ROBERT SOUZA; and CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, CALIFORNIA STRIPED BASS ASSOCIATION, AND THE NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS**

26                                     Defendant-Interveners.

27
28

1    WHEREAS, on July 23, 2008, this court granted the motion for judgment on the pleadings
brought by defendants, John Carlson, Jr., Richard Rogers, Cindy Gustafson, Jim Kellogg,
Michael Sutton, and John McCamman (State defendants), pursuant to Rule 12(c) of the Federal
Rules of Civil Procedure in the above entitled matter, and

   WHEREAS, the court further granted the plaintiffs, Coalition for a Sustainable Delta,
Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District,
Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon (plaintiffs) leave to amend their
complaint within 30 days of granting the State defendants' motion for judgment on the pleadings,
and

   WHEREAS, an amended complaint is due on or before August 22, 2008, and

   WHEREAS, on May 21, 2008, the Court ordered that the then-pending mandatory
scheduling conference be continued to September 12, 2008, at 8:15 a.m., and

   WHEREAS, the September 12, 2008 mandatory scheduling conference remains on
calendar,

   NOW, THEREFORE, plaintiffs, the State defendants, Defendant-interveners, Central Delta
Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert
Souza and Defendant-interveners California Sportfishing Protection Alliance, California Striped
Bass Association, and the Northern California Council of the Federation of Fly Fishers, stipulate
and agree, through their respective counsel of record, and subject to the approval of the Court, as
follows:

   1.   The September 12, 2008 scheduling conference be continued until such time as
this Court deems appropriate following the filing by plaintiffs of an amended complaint.

   2.   This stipulation may be executed by way of counterpart signatures and/or by way
of facsimile signatures.

| | | |
|---|---|---|
| 1 | Dated: August 11, 2008 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |

By: /s/ Deborah A. Wordham
    Clifford T. Lee
    Deborah A. Wordham
    Deputy Attorneys General
    Attorneys for the State Defendants

Dated: August 12, 2008                    NOSSAMAN, LLP

By: /s/ Paul S. Weiland (auth. 8/12/08)
    Paul S. Weiland
    Attorneys for the Plaintiffs

Dated:  August 11, 2008                  NOMELLINI, GRILLI & MCDANIEL
                                                              PROFESSIONAL LAW CORPORATIONS

By: /s/ Daniel A. McDaniel (auth. 8/11/08)
    Daniel A. McDaniel
    Attorneys for Defendant-Interveners
    Central Delta Water Agency, South Delta
    Water Agency, Honker Cut Marine, Inc.,
    Rudy Mussi, and Robert Souza

Dated:  August 12, 2008                  MICHAEL B. JACKSON

By: /s/ Michael B. Jackson (auth. 8/12/08)
    Michael B. Jackson,
    Attorneys for Defendant-Interveners
    California Sportfishing Protection
    Alliance, California Striped Bass
    Association, and the Northern California
    Council of the Federation of Fly Fishers

1 | FOR GOOD CAUSE SHOWN,

2 | It is ordered that the scheduling conference in the above entitled matter, currently scheduled for

3 | September 12, 2008 at 8:15 a.m. in Courtroom 3, be continued to October 31, 2008 at 8:15 AM

4 | in Courtroom 3 before Judge Oliver W. Wanger.

6 | IT IS SO ORDERED.

7 | **Dated:   August 12, 2008**               /s/ Oliver W. Wanger
                                                          UNITED STATES DISTRICT JUDGE