NOSSAMAN LLP
ROBERT D. THORNTON (SBN 072934)
rthornton@nossaman.com
PAUL S. WEILAND (SBN 237058) (Counsel for Service)
pweiland@nossaman.com
HENRY S. WEINSTOCK (SBN 89765)
hweinstock@nossaman.com
BENJAMIN Z. RUBIN (SBN 249630)
brubin@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

Attorneys for Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, and DEE DILLON,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD KOCH, in his official capacity as Director of the California Department of Fish and Game,<br><br>Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>Defendant-Intervenors.<br><br>AND RELATED CASES. | Case No: 1:08-CV-00397-OWW-GSA<br>(Related to Case Numbers 1:05-cv-OWW-GSA and 1:06-cv-00245-OWW-GSA)<br><br>**ORDER EXTENDING TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge: Hon. Oliver W. Wanger<br>Trial: October 14, 2009<br><br>(Note Date Changes) |

Based on the stipulation of the parties, and good cause appearing therefor, the trial and pretrial dates are modified as follows:

| | **Original Dates** | **Modified Dates** |
|---|---|---|
| Expert Witness Disclosures | March 19, 2009 | July 9, 2009 |
| Rebuttal/Supplemental Expert Witness Disclosures | April 20, 2009 | August 10, 2009 |
| Discovery Cut-Off | May 15, 2009 | September 14, 2009 |
| Settlement Conference Date | May 27, 2009 | September 30, 2009 |
| Non-Dispositive Motion Filing Deadline | May 29, 2009 | October 2, 2009 |
| Hearings on Discovery Motions Must be Completed by: | June 15, 2009 | October 19, 2009 |
| Dispositive Motion Filing Deadline | June 15, 2009 | October 19, 2009 |
| All Non-Dispositive Motions Must e Heard by: | July 10, 2009 | November 6, 2009 |
| All Dispositive Motions Must be Heard by: | July 27, 2009 | November 16, 2009 |
| Pre-Trial Conference Date | August 31, 2009 | December 14, 2009 |
| Trial Date | October 14, 2009 | February 7, 2010 |

**IT IS SO ORDERED**.

Dated: March 6, 2009  /s/ OLIVER W. WANGER
Oliver W. Wanger
District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com