1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  Deputy Attorney General
   DEBORAH A. WORDHAM, State Bar No. 180508
3  Deputy Attorney General
   DANIEL FUCHS, State Bar No. 179033
4  Deputy Attorney General
   CLIFFORD T. LEE, State Bar No. 74687
5  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5546
7    Fax:  (415) 703-5480
     E-mail:  Cliff.Lee@doj.ca.gov
8  *Attorneys for Donald Koch, Director
   Department of Fish and Game*

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,** | Case No. 1:08-CV-00397-OWW-GSA **ORDER GRANTING SUBMITTAL OF DOCUMENTS UNDER SEAL [LOCAL RULE 39-141(d)]** |
| Plaintiffs, | Judge:   The Honorable Oliver W. Wanger |
| v. | Magistrate: The Honorable Gary S. Austin |
| **DONALD KOCH, Director, California Department of Fish and Game,** | Trial Date: May 11, 2010 |
| Defendant, | |
| **CENTRAL DELTA WATER AGENCY, et. al.,** | |
| Defendant-Intervenors, | |
| **CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et. al.,** | |
| Defendant-Intervenors. | |

1

1  IT IS HEREBY ORDERED that the Defendant is permitted to file under seal, consistent
2  with Local Rule 37-141, paper copies of the documents identified as being the subject of the
3  Plaintiffs' and Defendant's Joint Statement re Discovery Disagreement.

Dated:  September 4, 2009                    /s/ OLIVER W. WANGER
                                             The Honorable Oliver W. Wanger