Patrick T. Markham - Bar No. 114542
**JACOBSON MARKHAM, L.L.P.**
8950 Cal Center Drive, Suite 210
Sacramento, CA 95826
Tel: (916) 854-5969
Fax: (916) 854-5965

Attorneys for Plaintiff
HYDROTECH, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HYDROTECH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>BARA INFOWARE, INC., a California corporation; U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation; and DOES I through X, inclusive,<br><br>Defendants. | Case No: 1:09-cv-00069-OWW-SMS<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

The parties agree to amend certain pre-trial deadlines in order to afford the parties more time to discuss settlement and complete discovery in this case.

THEREFORE, it is hereby stipulated by and between the parties through their counsel of record that the scheduling order may be amended and that the following dates shally apply, and all existing dates shall be vacated to the extent they are inconsistent with the following:

**Expert Disclosure:** November 9, 2009

**Supplemental Expert Disclosure:** November 24, 2009

All other provisions of the April 17, 2009 Scheduling Order not inconsistent with the above dates are to remain in effect.

1  IT IS SO STIPULATED.

2

3  Dated: September 24, 2009                JACOBSON MARKHAM LLP

4

5                                           By /s/ Patrick T. Markham
                                             PATRICK T. MARKHAM, SBN 114542
6                                            Attorneys for Plaintiff HYDRO TECH, INC.

7

8  Dated:  September 24, 2009               KIMBLE, MacMICHAEL & UPTON

9

10                                          By /s/ G. Andrew Slater (as authorized on 9/24/09)
                                            G. ANDREW SLATER, SBN 238126
11                                          Attorneys for Defendant BARA INFOWARE, INC.

12

13  Dated:  September 24, 2009              LANAK & HANNA, P.C.

14

15                                          By /s/ Collin D. Cook  (as authorized on 9/24/09)
                                            COLLIN D. COOK, SBN 251606
16                                          Attorneys for Defendant U.S. SPECIALTY INSURANCE

17

18

19

20  **IT IS SO ORDERED.**

21

22  Dated:  9/25/2009                       /s/ OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Jacobson Markham
Sacramento, California                      -2-

**STIPULATION TO AMEND SCHEDULIING ORDER**