EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
DANIEL FUCHS, State Bar No. 179033
Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-3549
 Fax:  (916) 327-2319
 E-mail:  Deborah.Wordham@doj.ca.gov
*Attorneys for John McCamman, Acting Director,
Department of Fish and Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**JOHN McCAMMAN, Acting Director, California Department of Fish and Game,**<br><br>                              Defendant,<br><br>**CENTRAL DELTA WATER AGENCY, et al.,**<br><br>                              Defendant-Intervenors,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,**<br><br>                              Defendant-Intervenors. | 1:08-CV-00397-OWW-GSA<br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**STIPULATION AND ORDER RE PLAINTIFFS' STANDING** |

**STIPULATION**

Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon (Plaintiffs), Defendant John McCamman, Acting Director, California Department of Fish and Game (Defendant), Intervenors Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi and Robert Souza (CDWA et al.), and Intervenors California Sportfishing Protection Alliance, California Striped Bass Association, and Northern California Council of Federation of Flyfishers (CSPA et al.) hereby stipulate and agree as follows:

A.   Whereas Plaintiffs and each of them have alleged standing to maintain the instant action against Defendant for alleged violations of the federal Endangered Species Act by enforcing the California Fish and Game Commission's Striped Bass Sportfishing Regulation, 14 C.F.R. § 5.75; and

B.   Whereas, Defendant, CDWA et al. and CSPA et al. dispute the standing of Plaintiffs, and each of them to maintain the instant action; and

C.   Whereas, Defendant has propounded discovery, including interrogatories and requests for production of documents to Plaintiffs, and each of them, seeking to discover the factual basis for Plaintiffs' alleged standing; and

D.   Whereas, Plaintiffs contend that Plaintiff Dee Dillon is a member of Plaintiff Coalition for a Sustainable Delta (Coalition); and

E.   Whereas, Plaintiffs, and each of them, in their respective Responses dated May 29, 2009, have objected to discovery propounded by Defendant on Plaintiffs Coalition, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, and Wheeler Ridge-Maricopa Water Storage District on the ground that the standing of one plaintiff is sufficient to maintain the instant action on behalf of all the named Plaintiffs, in reliance on, among other decisions, *Massachusetts v. EPA*, 549 U.S. 518 (2007) and *Council of lns. Agents & Brokers v. Molasky-Arman*, 522 F.3d 925, 932 (9th Cir. 2008) (see also letter dated October 1, 2009 from Henry S. Weinstock, Esq. to Daniel M. Fuchs, Esq.); and

PDF created with pdfFactory trial version www.pdffactory.com

F.	Whereas, Plaintiffs, and each of them, contend that they will be able to establish the standing of Plaintiff Dee Dillon and Plaintiff Coalition, to the extent that Plaintiff Dee Dillon is a member of Plaintiff Coalition, (and through them, the other Plaintiffs) to maintain the instant action;

Now therefore, to resolve the discovery dispute and to reduce the issues in this litigation, the parties stipulate and agree that, subject to the approval of the Court:

1.	Plaintiffs shall, in any summary adjudication proceeding or at trial, assert and present evidence of the standing only of Plaintiff Dee Dillon, and thereby assert the standing of Plaintiff Coalition, only to the extent that it is based upon Plaintiff Dee Dillon being a member having standing of Plaintiff Coalition;

2.	Plaintiffs waive their right to assert and present evidence of the standing of Plaintiff Coalition, except to the extent that the standing of Plaintiff Coalition is based upon Plaintiff Dee Dillon being a member of Plaintiff Coalition having standing of his own right, and the interests at stake in this case are germane to the purposes of Plaintiff Coalition;

3.	Plaintiffs waive their right to assert and present evidence of the standing of Plaintiffs Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, and Wheeler Ridge-Maricopa Water Storage District and other members of Coalition;

4.	Failure by Plaintiffs to establish the standing of Plaintiff Dee Dillon shall be deemed a failure to establish standing of all of the Plaintiffs, but if Plaintiffs establish the standing of Plaintiff Dee Dillon, they shall be deemed to establish the standing to sue of Plaintiff Coalition, and the Court need not decide the standing of the other plaintiffs;

5.	Defendant agrees to withdraw any and all outstanding discovery demands, including efforts to meet and confer on insufficient discovery responses, regarding the standing of Plaintiffs Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, and Wheeler Ridge-Maricopa Water Storage District;

6.	Defendant, CDWA et al. and CSPA et al. further agree not to propound any additional discovery, including seeking the depositions of representatives of Plaintiffs Belridge

PDF created with pdfFactory trial version www.pdffactory.com

Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, and Wheeler Ridge-Maricopa Water Storage District on the issue of Plaintiffs Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, and Wheeler Ridge-Maricopa Water Storage District's standing to maintain the instant action.

Respectfully Submitted,

Dated: December 10, 2009
EDMUND G. BROWN JR.
Attorney General of California

By  /s/ *Deborah A. Wordham*

DEBORAH A. WORDHAM
CLIFFORD T. LEE
DANIEL M. FUCHS
Deputy Attorneys General
*Attorneys for John McCamman, Acting Director, Department of Fish and Game*

Dated: December 10, 2009
NOSSAMAN LLP
ROBERT D. THORNTON
PAUL S. WEILAND
HENRY S. WEINSTOCK
BENJAMIN Z. RUBIN

By  /s/ *Henry S. Weinstock*

HENRY S. WEINSTOCK
*Attorneys for Plaintiffs Coalition for a Sustainable Delta, et al.*

Dated: December 10, 2009
NOMELLINI, GRILLI & MCDANIEL
PROFESSIONAL LAW CORPORATION

BY  /s/ *Daniel A. McDaniel*

DANIEL A. MCDANIEL
*Attorneys for Defendants in Intervention Central Delta Water Agency, et al.*

3

STIPULATION AND ORDER RE PLAINTIFFS' STANDING    (1:08-CV-00397-OWW-GSA)

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  December 10, 2009                                    MICHAEL B. JACKSON

                                                             By  /s/ Michael B. Jackson
                                                             MICHAEL B. JACKSON
                                                             *Attorneys for Defendants in Intervention*
                                                             *California Sportfishing Protection*
                                                             *Alliance, et al.*

**ORDER**

IT IS SO ORDERED.

Date:  December 11, 2009                                     /s/ OLIVER W. WANGER
                                                             The Honorable Judge Oliver W. Wanger
                                                             District Court Judge

SA2008300616
30903372.doc

4

STIPULATION AND ORDER RE PLAINTIFFS' STANDING     (1:08-CV-00397-OWW-GSA)