1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  DEBORAH A. WORDHAM, State Bar No. 180508
   Deputy Attorney General
3  DANIEL FUCHS, State Bar No. 179033
   Deputy Attorney General
4  CLIFFORD T. LEE, State Bar No. 74687
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
6   Telephone: (415) 703-5546
    Fax: (415) 703-5480
7   E-mail: Cliff.Lee@doj.ca.gov
   *Attorneys for John McCammon, Director,*
8  *California Department of Fish & Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,** | 1:08-CV-00397-OWW-GSA (Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWWA-GSA) |
| Plaintiffs, | **STIPULATION AND ORDER RE DAVID KOHLHORST** |
| v. | |
| **JOHN McCAMMAN, Director, California Department of Fish and Game,** | |
| Defendant, | |
| **CENTRAL DELTA WATER AGENCY, et al.** | |
| Defendant-Intervenors, | |
| **CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,** | |
| Defendant-Intervenors. | |

1

PDF created with pdfFactory trial version www.pdffactory.com

All parties to this action hereby stipulate and agree as follows:

    A. Whereas David Kohlhorst was employed as a biologist by the California Department of Fish and Game ("DFG");

    B. Whereas David Kohlhorst was involved in the 1990s in developing DFG's estimates of striped bass predation on the Listed Species of fish in this case;

    C. Whereas David Kohlhorst has retired and does not wish to be involved in this litigation; and

    D. Whereas the parties hereto do not wish to compel David Kohlhorst to participate in discovery or trial of this action, and DFG agrees not to take advantage of its relationship with David Kohlhorst in this case by eliciting new evidence from him, either directly through his testimony or indirectly through other DFG witnesses.

Now, therefore, the parties agree as follows:

    1. No party will take the deposition of David Kohlhorst or subpoena him to testify at the trial of this action.

    2. In and after 2009, no DFG employee has contacted or will contact David Kohlhorst to discuss his involvement with DFG's predation estimates, the NMFS/DFG discussions re striped bass predation that took place in 1996-1999, or subjects related to those two topics, except for conversations between Jason Dubois and David Kohlhorst that occurred in early 2009.

    3. No witness testifying on behalf of any party shall refer in his or her trial testimony to any statements made by David Kohlhorst in 2009 or later on any subject, except for conversations between Jason Dubois or Charles Hanson and David Kohlhorst in 2009. By executing this stipulation, the parties are not admitting to the admissibility of such statements by David Kohlhorst, nor are they waiving any hearsay or other objections to the admissiblity of such statements by David Kohlhorst.

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 28, 2010 | EDMUND G. BROWN JR.<br>ATTORNEY GENERAL OF CALIFORNIA<br>CLIFFORD T. LEE<br>DEBORAH A. WORDHAM<br>DANIEL M. FUCHS<br>DEPUTY ATTORNEYS GENERAL<br><br>BY  /s/ Clifford T. Lee<br><br>CLIFFORD T. LEE<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendant John McCamman, Director of the California Department of Fish and Game* |
| Dated: January 28, 2010 | NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>HENRY S. WEINSTOCK<br>BENJAMIN Z. RUBIN<br><br>By  /s/ Henry S. Weinstock<br><br>HENRY S. WEINSTOCK<br>*Attorneys for Plaintiffs Coalition for a Sustainable Delta, et al.* |
| Dated: January 28, 2010 | NOMELLINI, GRILLI & McDANIEL<br>PROFESSIONAL LAW CORPORATION<br><br>BY  /s/ Daniel A. McDaniel<br><br>DANIEL A. McDANIEL<br>*Attorneys for Defendants in Intervention Central Delta Water Agency, et al.* |

3

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 28, 2010 | MICHAEL B. JACKSON |
| | By  /s/ Michael B. Jackson |
| | MICHAEL B. JACKSON<br>*Attorneys for Defendants in Intervention California Sportfishing Protection Alliance, et al.* |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

| | |
|---|---|
| Date: January 29, 2010 | /s/ OLIVER W. WANGER<br>Unites States Senior District Court Judge |

4

PDF created with pdfFactory trial version www.pdffactory.com