EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
DANIEL FUCHS, State Bar No. 179033
Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 E-mail:  Cliff.Lee@doj.ca.gov
*Attorneys for John McCammon, Director,*
*California Department of Fish & Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN McCAMMAN, Director, California Department of Fish and Game,**<br><br>Defendant,<br><br>**CENTRAL DELTA WATER AGENCY, et al.**<br><br>Defendant-Intervenors,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,**<br><br>Defendant-Intervenors. | 1:08-CV-00397-OWW-GSA<br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWWA-GSA)<br><br>**STIPULATION AND ORDER RE DAVID KOHLHORST** |

PDF created with pdfFactory trial version www.pdffactory.com

1  All parties to this action hereby stipulate and agree as follows:

2  A. Whereas David Kohlhorst was employed as a biologist by the California Department of
3  Fish and Game ("DFG");

4  B. Whereas David Kohlhorst was involved in the 1990s in developing DFG's estimates of
5  striped bass predation on the Listed Species of fish in this case;

6  C. Whereas David Kohlhorst has retired and does not wish to be involved in this litigation;
7  and

8  D. Whereas the parties hereto do not wish to compel David Kohlhorst to participate in
9  discovery or trial of this action, and DFG agrees not to take advantage of its relationship with
10 David Kohlhorst in this case by eliciting new evidence from him, either directly through his
11 testimony or indirectly through other DFG witnesses.

12  Now, therefore, the parties agree as follows:

13  1. No party will take the deposition of David Kohlhorst or subpoena him to testify at the
14 trial of this action.

15  2. In and after 2009, no DFG employee has contacted or will contact David Kohlhorst to
16 discuss his involvement with DFG's predation estimates, the NMFS/DFG discussions re striped
17 bass predation that took place in 1996-1999, or subjects related to those two topics, except for
18 conversations between Jason Dubois and David Kohlhorst that occurred in early 2009.

19  3. No witness testifying on behalf of any party shall refer in his or her trial testimony to
20 any statements made by David Kohlhorst in 2009 or later on any subject, except for conversations
21 between Jason Dubois or Charles Hanson and David Kohlhorst in 2009.  By executing this
22 stipulation, the parties are not admitting to the admissibility of such statements by David
23 Kohlhorst, nor are they waiving any hearsay or other objections to the admissiblity of such
24 statements by David Kohlhorst.

25  / / /
26  / / /
27  / / /
28  / / /

2

Stipulation Re David Kohlhorst  (1:08-CV-00397-OWW-GSA)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  January 28, 2010 | EDMUND G. BROWN JR.<br>ATTORNEY GENERAL OF CALIFORNIA |
| 2 | | CLIFFORD T. LEE<br>DEBORAH A. WORDHAM |
| 3 | | DANIEL M. FUCHS<br>DEPUTY ATTORNEYS GENERAL |
| 4 | | |
| 5 | | |
| 6 | | BY    /s/ Clifford T. Lee          |
| 7 | | CLIFFORD T. LEE<br>DEPUTY ATTORNEY GENERAL |
| 8 | | *Attorneys for Defendant John McCamman, Director  of the California Department of Fish and Game* |
| 9 | | |
| 10 | Dated:  January 28, 2010 | NOSSAMAN LLP<br>ROBERT D. THORNTON |
| 11 | | PAUL S. WEILAND<br>HENRY S. WEINSTOCK |
| 12 | | BENJAMIN Z. RUBIN |
| 13 | | |
| 14 | | By    /s/ Henry S. Weinstock     |
| 15 | | HENRY S. WEINSTOCK<br>*Attorneys for Plaintiffs* |
| 16 | | *Coalition for a Sustainable Delta, et al.* |
| 17 | | |
| 18 | Dated:  January 28, 2010 | NOMELLINI, GRILLI & MCDANIEL<br>PROFESSIONAL LAW CORPORATION |
| 19 | | |
| 20 | | BY    /s/ Daniel A. McDaniel        |
| 21 | | DANIEL A. MCDANIEL |
| 22 | | *Attorneys for Defendants in Intervention Central Delta Water Agency, et al.* |

3

Stipulation Re David Kohlhorst  (1:08-CV-00397-OWW-GSA)

PDF created with pdfFactory trial version www.pdffactory.com

Dated: January 28, 2010                      MICHAEL B. JACKSON

                                             By    /s/ Michael B. Jackson
                                             MICHAEL B. JACKSON
                                             *Attorneys for Defendants in Intervention*
                                             *California Sportfishing Protection*
                                             *Alliance, et al.*

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


Date: January 29, 2010                       /s/ OLIVER W. WANGER
                                             Unites States Senior District Court Judge

4

PDF created with pdfFactory trial version www.pdffactory.com