Edmund G. Brown Jr., STATE BAR NO. 37100
ATTORNEY GENERAL OF CALIFORNIA
Deborah A. Wordham, STATE BAR NO. 180508
DEPUTY ATTORNEY GENERAL
Daniel Fuchs, STATE BAR NO. 179033
DEPUTY ATTORNEY GENERAL
Clifford T. Lee, STATE BAR NO. 74687
DEPUTY ATTORNEY GENERAL
  455 GOLDEN GATE AVENUE, SUITE 11000
  SAN FRANCISCO, CA  94102-7004
  TELEPHONE:  (415) 703-5546
  FAX: (415) 703-5480
  E-MAIL:  CLIFF.LEE@DOJ.CA.GOV
*ATTORNEYS FOR JOHN MCCAMMON, DIRECTOR,
CALIFORNIA DEPARTMENT OF FISH & GAME*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**JOHN MCCAMMAN, DIRECTOR, CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>DEFENDANT,<br><br>**CENTRAL DELTA WATER AGENCY, ET AL.**<br><br>DEFENDANT-INTERVENORS,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, ET AL.,**<br><br>DEFENDANT-INTERVENORS. | 1:08-CV-00397-OWW-GSA<br>(RELATED TO CASE NOS. 1:05-CV-022-GSA AND 1:06-CV-00245-OWWA-GSA)<br><br>**STIPULATION AND ORDER RE ADMISSIBILITY OF EXPERT REPORTS** |

PDF created with pdfFactory trial version www.pdffactory.com

All parties to this action hereby stipulate and agree as follows:

A. Whereas much of the evidence in this case will consist of expert testimony;

B. Whereas the parties have designated a total of 5 expert witnesses, and they have exchanged reports prepared by their experts in accordance with FRCP 26(a)(2); and

C. Whereas the parties desire to expedite the trial and facilitate the efficient presentation of evidence.

Now, therefore, the parties agree as follows:

1. All of the expert reports that were previously exchanged by the parties in October and November 2009 shall be admissible at trial as part of the direct examination of the expert who authored the report, and in support of or opposition to any motions.  No expert reports shall be admissible at trial for any expert that does not actually testify at trial.

2. The parties waive all objections to the admissibility of the opinions, supporting data, and conclusions in these reports based on the hearsay rule.  However, no party waives any other objections or arguments regarding any expert's reports and supporting data, including but not limited to objections regarding relevancy, competency, methods, and opinions, and the weight, if any, to be given to them.

3. The direct and cross-examination of these experts at trial shall not be limited to their expert reports and may be supplemented by additional testimony and documentary evidence, consistent with the requirements of FRCP 26(a)(2) and the Federal Rules of Evidence.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: JANUARY 28, 2010 | Edmund G. Brown Jr.<br>Attorney General of California<br>Clifford T. Lee<br>Deborah A. Wordham<br>Daniel M. Fuchs<br>Deputy Attorneys General<br><br>By      /s/ Clifford T. Lee<br><br>CLIFFORD T. LEE<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendant John McCamman, Director of the California Department of Fish and Game* |
| DATED: JANUARY 28, 2010 | NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>HENRY S. WEINSTOCK<br>BENJAMIN Z. RUBIN<br><br>BY     /s/ Henry S. Weinstock<br><br>HENRY S. WEINSTOCK<br>*Attorneys for Plaintiffs*<br>*Coalition for a Sustainable Delta, et al.* |
| DATED: JANUARY 28, 2010 | NOMELLINI, GRILLI & McDANIEL<br>PROFESSIONAL LAW CORPORATION<br><br>By      /s/ Daniel A. McDaniel<br><br>DANIEL A. McDANIEL<br>*Attorneys for Defendants in Intervention*<br>*Central Delta Water Agency, et al.* |

DATED: JANUARY 28, 2010               MICHAEL B. JACKSON

                                      BY   /s/ Michael B. Jackson
                                      MICHAEL B. JACKSON
                                      *Attorneys for Defendants in Intervention*
                                      *California Sportfishing Protection*
                                      *Alliance, et al.*

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.


DATE: JANUARY 29, 2010                /s/ OLIVER W. WANGER
                                      UNITED STATES SENIOR DISTRICT JUDGE

4

PDF created with pdfFactory trial version www.pdffactory.com