EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
DANIEL FUCHS, State Bar No. 179033
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 E-mail:  Cliff.Lee@doj.ca.gov
*Attorneys for John McCamman, Director,*
*California Department of Fish and Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, and DEE DILLON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JOHN McCAMMAN, DIRECTOR, CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>Defendant,<br><br>**CENTRAL DELTA WATER AGENCY, et al.,**<br><br>Defendant-Intervenors,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,**<br><br>Defendant-Intervenors. | Case No.:  1:08-CV-00397-OWW-SKO<br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**STIPULATION AND ORDER RE PRE-TRIAL AND TRIAL SCHEDULING** |

**STIPULATION**

All parties to this action hereby stipulate and agree as follows:

A.  Whereas Defendant John McCamman, Director, California Department of Fish and Game ("State Defendant") has moved for summary judgment;

B.  Whereas Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon ("Plaintiffs") have moved for partial summary judgment;

C.  Whereas the court has set the hearing on both motions for May 20, 2010 (Doc. 135);

D.  Whereas the court's minute order of April 21, 2010 (Doc. 132) sets the settlement conference for June 10, 2010 at 10:30 a.m.;

E.  Whereas the current pre-trial conference date of May 24, 2010 is before the date set for the settlement conference;

F.  Whereas the parties agree that that the current trial date of June 22, 2010 is too soon after the summary judgment hearing and the settlement conference

G.  Whereas counsel for the State Defendant are not available from July 22 through the end of August, 2010;

H.  Whereas counsel for Defendants in Intervention Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza is not available for approximately three weeks beginning September 20, 2010 and again for two weeks at the end of October through early November, 2010;

I.  Whereas one of the State Defendant's experts is not available September 5 through 24, and other experts retained by the parties may not be available at various times throughout the summer and fall; and

J.  Whereas the parties are meeting and conferring regarding a trial schedule within these constraints.

1 | Now, therefore, the parties agree as follows:

2 |     1.    The parties agree and respectfully request that the trial date of June 22, 2010 should
3 | be vacated and re-set to a date convenient for all parties and the court;
4 |     2.    The parties will continue to meet and confer to arrive at a trial schedule for which all
5 | counsel and all parties' experts are available, and respectfully suggest that a new trial date be set
6 | after the court hears the motion for summary judgment and motion for partial summary judgment.
7 |     3.    The parties respectfully suggest that the pre-trial conference be scheduled for July 19,
8 | 20, or 21, 2010, or a date convenient for all parties and the court once a trial date is fixed. The
9 | parties request that this pretrial conference and any other pretrial hearings in this case be
10 | scheduled to begin at noon or later in the day.

| | |
|---|---|
| Dated:  April 26, 2010 | EDMUND G. BROWN JR.<br>ATTORNEY GENERAL OF CALIFORNIA<br>CLIFFORD T. LEE<br>DEBORAH A. WORDHAM<br>DANIEL M. FUCHS<br>DEPUTY ATTORNEYS GENERAL |
| | BY */S/ Daniel M. Fuchs*_____ _____<br><br>DANIEL M. FUCHS<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendant John McCamman, Director  of the California Department of Fish and Game* |
| Dated:  April 26, 2010 | NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>HENRY S. WEINSTOCK<br>BENJAMIN Z. RUBIN |
| | By   */S/ (authorized April 26, 2010)*  ____<br><br>HENRY S. WEINSTOCK<br>*Attorneys for Plaintiffs*<br>*Coalition for a Sustainable Delta, et al.* |
| Dated:  April 26, 2010 | NOMELLINI, GRILLI & McDANIEL<br>PROFESSIONAL LAW CORPORATION |
| | BY   */S/ (authorized April 26, 2010)*  ____<br><br>DANIEL A. McDANIEL<br>*Attorneys for Defendants in Intervention*<br>*Central Delta Water Agency, et al.* |

1 | Dated: April 26, 2010 | MICHAEL B. JACKSON

By  /S/ (authorized April 26, 2010)
MICHAEL B. JACKSON
*Attorneys for Defendants in Intervention*
*California Sportfishing Protection*
*Alliance, et al.*

**ORDER**

FOR GOOD CAUSE SHOWN,

1. The trial date of June 22, 2010 is hereby VACATED. Following the hearing on the parties' cross motions for summary judgment on May 20, 2010, counsel for the parties shall meet and confer and propose a new trial date;

2. The pre-trial conference date shall be scheduled for July 19, 2010 at 12:00p.m.

IT IS SO ORDERED.

Dated:   **April 26, 2010**           **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE

4
Stipulation and  Order re Pre-Trial and Trial Scheduling (1:08-CV-00397-OWW-SKO)