EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
DANIEL FUCHS, State Bar No. 179033
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 E-mail:  Cliff.Lee@doj.ca.gov
*Attorneys for John McCamman, Director,*
*California Department of Fish and Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, and DEE DILLON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JOHN McCAMMAN, DIRECTOR, CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>Defendant,<br><br>**CENTRAL DELTA WATER AGENCY, et al.,**<br><br>Defendant-Intervenors,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,**<br><br>Defendant-Intervenors. | Case No.: 1:08-CV-00397-OWW-SKO<br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**STIPULATION AND ORDER** |

**STIPULATION**

The parties hereto hereby stipulate as follows:

A. Whereas Plaintiffs recently filed a Supplemental Declaration of Dee Dillon in support of Plaintiffs' Motion for Partial Summary Judgment (Doc. 154), and this Supplemental Declaration described recent visits by Dee Dillon to the Delta on April 30 and May 1, 2010, as well as his plan to visit the Delta again in October 2010;

B. Whereas these trips to the Delta could not have been discussed in Mr. Dillon's deposition on December 1, 2009;

C. Whereas counsel for John McCamman, Director, Department of Fish and Game (State Defendant) has requested, and Plaintiffs' counsel has agreed, that the State Defendant can take a second deposition of Mr. Dillon, limited to the issues of Mr. Dillon's recent and planned future visits to the Delta, and that the deposition transcript may be used by any party in connection with the pending motions for summary judgment;

D. Whereas FRCP 26(e)(1)(A) requires each party to supplement its discovery responses if the party learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing;

E. Whereas the State Defendant has not supplemented his discovery responses since January 27, 2010;

F. Whereas the State Defendant agrees to supplement his discovery responses by June 1, 2010 if and to the extent he has information which requires that his discovery responses be supplemented pursuant to FRCP 26(e)(1)(A), and the supplemental responses, if otherwise admissible, may be used by any party in connection with the pending motions for summary judgment.

Now, therefore, the parties stipulate and agree as follows, subject to approval of the Court:

1. **Second Dillon Deposition** – The State Defendant may take a short deposition of Plaintiff Dee Dillon on the following conditions:

   A. The deposition will commence May 27, 2010 at 1:00 p.m. in Nossaman's

1

Sacramento office.

B. The scope will be limited to Dee Dillon's 2010 visits to the Delta and his planned future visits to the Delta. It shall not include questions that defendants asked or could have asked at Mr. Dillon's prior deposition.

C. There shall be only one interrogator for all defendants.

D. Any party may file the deposition transcript, but no supplemental brief, in connection with the pending summary judgment motions.

2. **State Defendant's Supplemental Discovery Responses**

A. State Defendant will supplement his disclosures and discovery responses in accordance with FRCP 26(e)(1)(A), or provide a written response stating that, after reasonable investigation, the State Defendant has no additional documents or responses to provide.

B. If the State Defendant withholds any responsive documents on the ground of privilege, it will provide a privilege log.

C. The State Defendant will serve its supplemental response or statement of no supplementation by June 1, 2010.

D. If any of these documents or responses is relevant to the pending motions for summary judgment and otherwise admissible, they may be filed by any party, but without supplemental briefs.

| | | |
|---|---|---|
| 1 | Dated:  May 24, 2010 | EDMUND G. BROWN JR. |
| 2 | | ATTORNEY GENERAL OF CALIFORNIA |
| | | CLIFFORD T. LEE |
| 3 | | DEBORAH A. WORDHAM |
| | | DANIEL M. FUCHS |
| 4 | | DEPUTY ATTORNEYS GENERAL |

BY  /s/ Deborah A. Wordham_____

DEBORAH A. WORDHAM
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendant John McCamman,
Director  of the California Department of
Fish and Game*

Dated:  May 21, 2010

NOSSAMAN LLP
ROBERT D. THORNTON
PAUL S. WEILAND
HENRY S. WEINSTOCK
BENJAMIN Z. RUBIN

By  /s/ (Authorized 5/21/2010)          \_\_\_\_

   HENRY S. WEINSTOCK
   *Attorneys for Plaintiffs
   Coalition for a Sustainable Delta, et al.*

Dated:  May 24, 2010

NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATION

BY  /s/ (Authorized 5/24/2010)     \_ \_\_\_\_

   DANIEL A. McDANIEL
   *Attorneys for Defendants in Intervention
   Central Delta Water Agency, et al.*

3

1  Dated: May 21, 2010                             MICHAEL B. JACKSON

2

3

4
                                                By  */s/ (Authorized 5/21/2010*    _ ____
5                                                   MICHAEL B. JACKSON
                                                    *Attorneys for Defendants in Intervention*
6                                                   *California Sportfishing Protection*
                                                    *Alliance, et al.*
7

8

9

10

11  IT IS SO ORDERED.

12     Dated:   **May 24, 2010**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           4