IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, and DEE DILLON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**JOHN McCAMMAN, DIRECTOR, CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>Defendant,<br><br>**CENTRAL DELTA WATER AGENCY, et al.,**<br><br>Defendant-Intervenors,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,**<br><br>Defendant-Intervenors. | Case No.: 1:08-CV-00397-OWW-SKO (Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**ORDER RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (DOC. 114)** |

1   The Motion of plaintiffs Coalition for A Sustainable Delta, et al. (plaintiffs) for Summary
2   Judgment re Liability (Winter- and Spring-Run Salmon) and Standing came on for hearing on
3   June 23, 2010 at 1:00 p.m.  Plaintiffs were represented by Paul Weiland, Henry Weinstock and
4   Ben Rubin, Nossaman LLP.  Defendant John McCamman, Director, California Department of
5   Fish and Game (the State Defendant) was represented by Deputy Attorneys General Daniel Fuchs
6   and Clifford Lee, California Attorney General's Office.  Intervenors Central Delta Water Agency
7   et al., were represented by Daniel McDaniel, Nomellini, Grilli & McDaniel.  Intervenors
8   California Sportfishing Protection Alliance, et al., were represented by Michael Jackson.
9   Plaintiffs moved for summary judgment/adjudication that:  (1) Plaintiff Dee Dillon has
10  standing; (2) the State Defendant's enforcement of the California Fish and Game Commission's
11  striped bass sportfishing regulations (14 Cal. Code Reg., § 5.75.) violates Section 9 of the
12  Endangered Species Act (16 U.S.C. §§ 1531 – 1599); and (3) the Central Valley Project
13  Improvement Act (CVPIA), Pub. L. 102-575, 106 Stat 4600 (1992), does not provide a legitimate
14  affirmative defense in this case.
15  After oral argument, and review and consideration of all the pleadings and papers submitted
16  in support of and opposition to said Motion, and in accordance with the Memorandum Decision
17  re Plaintiffs' Motion for Summary Judgment (Doc. 114) dated July 21, 2010 (Doc. 168),
18  THE COURT HEREBY ORDERS as follows:
19  Plaintiffs' motion for summary adjudication as to the injury-in-fact prong of Article III
20  standing is GRANTED, but as to all other aspects of standing, plaintiffs' motion is DENIED.
21  Plaintiffs' motion for summary judgment as to Section 9 liability is DENIED.
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1

Plaintiffs' motion for summary judgment as to the availability of an affirmative defense pursuant to the CVPIA is DENIED.

IT IS SO ORDERED.

Dated: __**July 27, 2010**__            __**/s/ Oliver W. Wanger**__
                                                       UNITED STATES DISTRICT JUDGE