EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
DEBORAH A. WORDHAM, State Bar No. 180508
 Deputy Attorney General
DANIEL FUCHS, State Bar No. 179033
Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 E-mail:  Cliff.Lee@doj.ca.gov
*Attorneys for Defendant
John McCamman, Director,
California Department of Fish & Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**JOHN McCAMMAN, DIRECTOR, CALIFORNIA DEPARTMENT OF FISH AND GAME,**<br><br>DEFENDANT,<br><br>**CENTRAL DELTA WATER AGENCY,** ET AL.<br><br>DEFENDANTS-INTERVENORS,<br><br>**CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,** ET AL.,<br><br>DEFENDANTS-INTERVENORS. | 1:08-CV-00397-OWW-SKO<br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE DATE**<br><br>Date:           September 16, 2010<br>Time:          10:30 a.m.<br>Courtroom: 3<br>Judge:         The Honorable Oliver W. Wanger<br>Settlement Judge:<br>                   The Honorable Sheila K. Oberto<br>Trial Date: January 25, 2011 |

**STIPULATION**

All parties to this action hereby stipulate and agree as follows:

A.   Whereas the mandatory settlement conference date in this matter is now set for September 16, 2010 before the Honorable Sheila K. Oberto;

B.   Whereas Defendant John McCamman, Director, California Department of Fish and Game ("State Defendant") has taken steps to consider settlement options in this case, but is not able to make a substantive settlement offer at this time;

C.   Whereas the State Defendant anticipates (but cannot guarantee) that he will be able to make a substantive settlement offer if given approximately 30 (thirty) additional days to prepare one;

D.   Whereas Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon ("Plaintiffs") are amenable to continuing the settlement conference date to provide the State Defendant additional time to prepare a substantive settlement offer;

E.   Whereas Defendants in Intervention Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza, and Defendant in Intervention California Sportfishing Protection Alliance have also agreed to the requested continuance;

F.   Whereas the State Defendant is not seeking to alter any other deadline in the case and will make a concerted, good faith effort to be prepared for the continued settlement conference;

G.   Whereas counsel for all parties are available for a settlement conference on October 21, 2010, and have been informed that the Court is also available that date.

Now, therefore, the parties agree as follows:

1.   The parties agree and respectfully request that the settlement conference date of September 16, 2010 should be vacated and re-set to October 21, 2010, at 10:30 a.m.

///

///


| | |
|---|---|
| Dated:  September 9, 2010 | EDMUND G. BROWN JR.<br>ATTORNEY GENERAL OF CALIFORNIA<br>CLIFFORD T. LEE<br>DEBORAH A. WORDHAM<br>DANIEL M. FUCHS<br>DEPUTY ATTORNEYS GENERAL<br><br>*/s/ DANIEL M. FUCHS (as authorized on 09/09/10)*<br>DANIEL M. FUCHS<br> DEPUTY ATTORNEY GENERAL<br>*Attorneys for Defendant John McCamman, Director  of the California Department of Fish and Game* |
| Dated:  September 9, 2010 | NOSSAMAN LLP<br>ROBERT D. THORNTON<br>PAUL S. WEILAND<br>HENRY S. WEINSTOCK<br>BENJAMIN Z. RUBIN<br><br>*/s/ PAUL S. WEILAND  (as authorized on 09/09/10)*<br>PAUL S. WEILAND<br>*Attorneys for Plaintiffs Coalition for a Sustainable Delta, et al.* |
| Dated:  September 9, 2010 | NOMELLINI, GRILLI & McDANIEL<br>PROFESSIONAL LAW CORPORATION<br><br>*/s/ DANIEL A. MCDANIEL (as authorized on 09/09/10)*<br>DANIEL A. McDANIEL<br>*Attorneys for Defendants in Intervention Central Delta Water Agency, et al.* |

1 | Dated:  September 9, 2010                              MICHAEL B. JACKSON

*/s/ MICHAEL B. JACKSON (as authorized 09/09/10)*

MICHAEL B. JACKSON
*Attorneys for Defendants in Intervention California Sportfishing Protection Alliance, et al.*

**ORDER**

FOR GOOD CAUSE SHOWN,

1.   The settlement conference date of September 16, 2010 is hereby VACATED.  The settlement conference is set for 10:30 a.m. on October 21, 2010.

IT IS SO ORDERED.

Dated:   **September 10, 2010**                            **/s/ Sheila K. Oberto**
                                                                      UNITED STATES MAGISTRATE JUDGE