EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SARA J. RUSSELL
Supervising Deputy Attorney General
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5546
 Fax:  (415) 703-5480
 E-mail:  Cliff.Lee@doj.ca.gov

*Attorneys for John McCamman, Director
Department of Fish & Game*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN McCAMMAN, in his official capacity as Acting Director, California Department of Fish and Game,**<br><br>Defendants. | 1:08-CV-00397-OWW-GSA<br><br>(Related to Case Nos. 1:05-CV-022-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**STIPULATION and ORDER RE PRE-TRIAL CONFERENCE AND MOTIONS IN LIMINE**<br><br>Judge    The Honorable Oliver W. Wanger<br>Trial Date    January 25, 2011 |
| **CENTRAL DELTA WATER AGENCY, et al.**<br><br>**Defendants-Interveners,**<br><br>**CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, et al.**<br><br>**Defendants-Interveners,** | |

1

WHEREAS, the Court has presently scheduled a pre-trial conference in the above-entitled matter for November 22, 2010 at 11:00 a.m., and

WHEREAS, the counsel for Defendant-interveners Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza has informed counsel for all parties that he has a scheduling conflict with the November 22, 2010 pre-trial conference date, and

WHEREAS, the plaintiffs have filed with this Court three separate motions in limine against the State defendant, and said motions are presently scheduled for hearing on November 22, 2010, and

WHEREAS, the plaintiffs have filed with this Court a motion in limine against defendant-interveners Central Delta Water Agency, et al., and said motion is presently scheduled for hearing on November 29, 2010 and

WHEREAS, all parties reserve the right to file motions in limine for hearing after the pre-trial conference,

NOW, THEREFORE, the plaintiffs, the State defendant, Defendant-interveners Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza, and Defendant-interveners California Sportfishing Protection Alliance, California Striped Bass Association, and the Northern California Council of Federation of Fly Fishers, stipulate and agree, through their respective counsel of record and subject to the approval of the Court, as follows:

**Plaintiffs' Motions in Limine**

1. The hearing on the plaintiffs' four motions in limine shall be continued to November 29, 2010 at 2:00 p.m.

2. The State defendant's oppositions to the plaintiffs' motions in limine shall be filed by noon, November 12, 2010.

3. Defendant-interveners Central Delta Water Agency et al.'s opposition to the plaintiffs' motion in limine shall be filed by noon on November 15, 2010.

4.      Plaintiffs' replies to all oppositions shall be filed by November 22, 2010.

**Pretrial Conference**

5.      The pre-trial conference currently scheduled for November 22, 2010, shall be continued to November 29, 2010 at 2:00 p.m.

6.      Plaintiffs will provide the State defendant and the defendant-interveners with a draft of the "joint elements" (e.g. undisputed facts) of the Joint Pre-Trial Statement by noon, November 11, 2010.

7.      The State defendant and the defendant-interveners will provide the plaintiffs with the State defendant's "separate elements" of the Joint Pre-Trial Statement (e.g. exhibit lists) by noon November 18, 2010, but not the State's witness list, which was exchanged October 25.[1]

8.      Assuming defendants timely provide their "separate elements" and the parties are able to reach agreement on the "joint elements," plaintiffs will provide the State defendant and the defendant-interveners with a final review draft of the Joint Pre-Trial Conference Statement by 4:00 p.m. on November 19, 2010.

---

[1] The defendant-interveners contend that they were not required to exchange their witness lists on October 25, 2010 and may still do so until November 18, 2010. Plaintiffs contend that all parties were required to exchange witness lists on October 25, 2010.

| | | |
|---|---|---|
| 1 | Dated:  November 8, 2010 | EDMUND G. BROWN JR. |
| | | ATTORNEY GENERAL OF CALIFORNIA |
| 2 | | CLIFFORD T. LEE |
| | | DEBORAH A. WORDHAM |
| 3 | | DANIEL M. FUCHS |
| | | DEPUTY ATTORNEYS GENERAL |

By:  /s/  Daniel M. Fuchs

DANIEL M. FUCHS
DEPUTY ATTORNEY GENERAL
*ATTORNEYS FOR DEFENDANT JOHN MCCAMMAN, DIRECTOR OF THE CALIFORNIA DEPARTMENT OF FISH AND GAME*

Dated: November 8, 2010          NOSSAMAN LLP
                                 ROBERT D. THORNTON
                                 PAUL S. WEILAND
                                 HENRY S. WEINSTOCK
                                 BENJAMIN Z. RUBIN

By:  /s/  Henry S. Weinstock
         *(As authorized 11/05/10)*

HENRY S. WEINSTOCK
*ATTORNEYS FOR PLAINTIFFS COALITION FOR A SUSTAINABLE DELTA, ET AL.*

Dated: November 8, 2010          NOMELLINI, GRILLI & MCDANIEL
                                 PROFESSIONAL LAW CORPORATION

By:  /s/  Daniel A. McDaniel
         *(As authorized 11/05/10)*

DANIEL A. MCDANIEL
*ATTORNEYS FOR DEFENDANTS IN INTERVENTION CENTRAL DELTA WATER AGENCY, ET AL.*

Dated: November 8, 2010                                   MICHAEL B. JACKSON


                                                          By:  /s/ Michael B. Jackson
                                                                    *(As authorized 11/08/10)*

                                                          MICHAEL B. JACKSON
                                                          ATTORNEYS FOR DEFENDANTS IN
                                                          INTERVENTION CALIFORNIA SPORTFISHING
                                                          PROTECTION ALLIANCE, ET AL.



IT IS SO ORDERED.

    Dated:  **November 9, 2010**                              **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE