ROBERT D. THORNTON (CA 72934)
rthornton@nossaman.com
PAUL S. WEILAND (CA 237058)
pweiland@nossaman.com
HENRY S. WEINSTOCK (CA 89765)
hweinstock@nossaman.com
BENJAMIN Z. RUBIN (CA 249630)
brubin@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: 949.833.7800
Facsimile: 949.833.7878

Attorneys for Plaintiffs
Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN McCAMMAN, in his official capacity as Director of the California Department of Fish and Game,<br><br>Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>Defendant-Intervenors.<br><br>AND RELATED CASES | Case No: 1:08-CV-00397-OWW-GSA<br>(Related to Case Numbers 1:05-CV-022- OWW-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**ORDER CONTINUING ALL PRETRIAL AND TRIAL DATES AND DEADLINES APPROXIMATELY 60 DAYS**<br><br><br>Current Trial Date: January 25, 2011<br>Time: 9:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger |

Based on the Stipulation to Continue All Dates and Deadlines Approximately 60 Days submitted by the parties, and good cause appearing therefor, the Court continues all applicable deadlines, hearing dates, and trial dates as set forth below:

| Description of Deadline/Date | Current Date | Continued Date |
|---|---|---|
| File Non-Expert Motions in Limine | Jan. 5, 2011 | March 7, 2011 |
| Exchange Objections to Exhibits (Non-Demonstrative) | Jan. 5, 2011 | March 7, 2011 |
| Counsel Meet and Confer re Exhibits | Jan. 7, 2011 | March 9, 2011 |
| Counter-Designations and Objections to Deposition Excerpts | Jan. 10, 2011 | March 14, 2011 |
| Exchange Demonstrative Exhibits | Jan. 10, 2011 | March 14, 2011 |
| File Expert Motions in Limine | Jan. 10, 2011 | March 14, 2011 |
| File Oppositions to Non-Expert Motions in Limine | Jan. 14, 2011 | March 18, 2011 |
| File Oppositions to Expert Motions in Limine | Jan. 20, 2011 | March 25, 2011 |
| File Oppositions to Demonstrative Exhibits | Jan. 20, 2011 | March 25, 2011 |
| Lodge Exhibit Lists and Marked Exhibits | Jan. 21, 2011 | March 30, 2011 |
| Lodge Original Discovery Requests and Reponses | Jan. 24, 2011 | April 4, 2011 |
| First Day of Trial | Jan. 25, 2011 at 9:00 a.m. | April 5, 2011 |

IT IS SO ORDERED.

Dated:   **January 13, 2011**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING ALL PRETRIAL AND TRIAL DATES AND DEADLINES APPROXIMATELY 60 DAYS   1

08cv397.o.cont.dates.doc                                                   No. 1:08-CV-00397-OWW-GSA