ROBERT D. THORNTON (CA 72934)
rthornton@nossaman.com
PAUL S. WEILAND (CA 237058)
pweiland@nossaman.com
HENRY S. WEINSTOCK (CA 89765)
hweinstock@nossaman.com
BENJAMIN Z. RUBIN (CA 249630)
brubin@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878

Attorneys for Plaintiffs
Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN McCAMMAN, in his official capacity as Director of the California Department of Fish and Game,<br><br>    Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>    Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>    Defendant-Intervenors.<br><br>AND RELATED CASES | Case No:  1:08-CV-00397-OWW-GSA<br>(Related to Case Numbers 1:05-CV-022- OWW-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**ORDER CONTINUING ALL PRETRIAL AND TRIAL DATES AND DEADLINES**<br><br><br><br>Current Trial Date:  April 5, 2011<br>Time:  9:00 a.m.<br>Courtroom:  3<br>Judge:  Hon. Oliver W. Wanger |

Based on the Stipulation to Continue All Dates and Deadlines submitted by the parties, and good cause appearing therefor, the Court continues all applicable deadlines, hearing dates, and trial dates as set forth below:

| Description of Deadline/Date | Current Date | Continued Date |
| --- | --- | --- |
| File Non-Expert Motions in Limine | March 7, 2011 | April 25, 2011 |
| Exchange Objections to Exhibits (Non-Demonstrative) | March 7, 2011 | April 27, 2011 |
| Counsel Meet and Confer re Exhibits | March 9, 2011 | May 2, 2011 |
| Counter-Designations and Objections to Deposition Excerpts | March 14, 2011 | May 6, 2011 |
| Exchange Demonstrative Exhibits | March 14, 2011 | May 6, 2011 |
| File Expert Motions in Limine | March 14, 2011 | May 6, 2011 |
| File Oppositions to Non-Expert Motions in Limine | March 18, 2011 | May 13, 2011 |
| File Oppositions to Expert Motions in Limine | March 25, 2011 | May 20, 2011 |
| File Oppositions to Demonstrative Exhibits | March 25, 2011 | May 20, 2011 |
| Lodge Exhibit Lists and Marked Exhibits | March 30, 2011 | May 25, 2011 |
| Lodge Original Discovery Requests and Reponses | April 4, 2011 | May 30, 2011 |
| First Day of Bench Trial & Motions in Limine Hearing | April 5, 2011 at 9:00 a.m. | June 1, 2011 |

///

///

///

///

IT IS SO ORDERED.

Dated: __**February 18, 2011**__          _____/s/ Oliver W. Wanger_____
                                        UNITED STATES DISTRICT JUDGE