ROBERT D. THORNTON (CA 72934)
rthornton@nossaman.com
PAUL S. WEILAND (CA 237058)
pweiland@nossaman.com
HENRY S. WEINSTOCK (CA 89765)
hweinstock@nossaman.com
BENJAMIN Z. RUBIN (CA 249630)
brubin@nossaman.com
NOSSAMAN LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  949.833.7800
Facsimile:  949.833.7878

Attorneys for Plaintiffs
Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JOHN McCAMMAN, in his official capacity as Director of the California Department of Fish and Game,<br><br>        Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>        Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>        Defendant-Intervenors.<br><br>AND RELATED CASES | Case No:  1:08-CV-00397-OWW-MJS<br>(Related Cases:<br>    1:05-cv-01207-OWW-GSA<br>    1:06-cv-00245-OWW-GSA<br>    1:09-cv-00480-OWW-GSA)<br><br>**STIPULATION AND ORDER RE: PAGE LIMITS FOR BRIEFS IN SUPPORT OF AND OPPOSITION TO MOTION BY PLAINTIFFS AND DEFENDANT JOHN McCAMMAN FOR ENTRY OF STIPULATED CONSENT DECREE**<br><br>Date:      March 17, 2011<br>Time:      12:00 p.m.<br>Courtroom: 3<br>Judge:    Hon. Oliver W. Wanger |

All parties in this action, by and through their respective counsel of record, as identified below, hereby stipulate as follows:

Defendant-Intervenors Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi (collectively, "Central Delta Intervenors"), and Robert Souza will be allowed to file an opposition brief not to exceed twenty-seven (27) pages.

Plaintiffs and the State Defendant, John McCamman, will be allowed to file a single joint reply brief not to exceed twenty (20) pages, in lieu of separate reply briefs to the separates oppositions filed by Central Delta Intervenors and Defendant-Intervenors California Sportfishing Protection Alliance, California Striped Bass Association, and the Northern California Council of the Federation of Fly Fishers.

**SO STIPULATED**

Dated: March 8, 2011        KAMALA D. HARRIS
                            Attorney General of the State of California
                            CLIFFORD T. LEE
                            Deputy Attorney General
                            DEBORAH A. WORDHAM
                            Deputy Attorney General
                            DANIEL FUCHS
                            Deputy Attorney General


                            By:     /s/ Clifford T. Lee, Esquire
                                    (As authorized on Mar. 8, 2011)
                                    CLIFFORD T. LEE

                            Attorneys for Defendant John McCamman, Director of the California Department of Fish and Game

Dated: March 8, 2011        NOMELLINI, GRILLI &McDANIEL
                            PROFESSIONAL LAW CORPORATION


                            By:     /s/ Daniel A. McDaniel, Esquire
                                    (As authorized on Mar. 8, 2011)
                                    DANIEL A. McDANIEL

                            Attorneys for Defendants in Intervention Central Delta Water Agency, et al.

| | |
|---|---|
| Dated: March 8, 2011 | MICHAEL B. JACKSON |
| | By:   /s/ Michael B. Jackson, Esquire<br>    (As authorized on Mar. 8, 2011)<br>    MICHAEL B. JACKSON |
| | Attorneys for Defendants in Intervention California Sportfishing Protection Alliance, et al. |
| Dated:   March 8, 2011 | ROBERT D. THORNTON<br>PAUL S. WEILAND<br>HENRY S. WEINSTOCK<br>BENJAMIN Z. RUBIN<br>NOSSAMAN LLP |
| | By:   /s/ Paul S. Weiland, Esquire<br>    Paul S. Weiland |
| | Attorneys for Plaintiffs<br>Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon |

IT IS SO ORDERED.

   Dated:   **March 8, 2011**          **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE