UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,<br><br>             Plaintiffs,<br><br>      vs.<br><br>JOHN McCAMMAN, in his official capacity as Director of the California Department of Fish and Game,<br><br>             Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>             Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>             Defendant-Intervenors.<br><br>AND RELATED CASES | Case No: 1:08-CV-00397-OWW-GSA<br>(Related to Case Numbers 1:05-CV-022-OWW-GSA and 1:06-CV-00245-OWW-GSA)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION TO STRIKE CENTRAL DELTA INTERVENORS' IMPROPER AND INADMISSIBLE EXHIBITS**<br><br>Date:         March 17, 2011<br>Time:         12:00 p.m.<br>Courtroom:  3<br>Judge:        Hon. Oliver W. Wanger |

ORDER SHORTENING TIME TO HEAR MOTION TO STRIKE

Delta - Striped Bass - [Proposed] Order Granting Ex Parte Application to Shorten Time.doc
No. 1:08-CV-00397-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

Based on the EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTION TO STRIKE CENTRAL DELTA INTERVENORS' IMPROPER AND INADMISSIBLE EXHIBITS and the Declaration of Robert C. Horton filed concurrently, and good cause appearing therefor, the Ex Parte Application is GRANTED.

Accordingly, the Court orders that:

1. The Motion to Strike Central Delta Intervenors' Improper and Inadmissible Exhibits shall be heard on March 17, 2011, at 12:00 p.m. in conjunction with the hearing on the motion to enter the consent decree in this litigation; and

2. An opposition to the Motion to Strike may be filed no later than March 15, 2011, before 4:00PM and shall not exceed 7 pages.

**IT IS SO ORDERED.**

Dated: March 11, 2011                    /s/ OLIVER W. WANGER
                                         United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com