1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11   COALITION FOR A SUSTAINABLE DELTA,          Case No:  1:08-CV-00397-OWW-GSA
     BELRIDGE WATER STORAGE DISTRICT,            (Related to Case Numbers 1:05-CV-022- OWW-
12   BERRENDA MESA WATER DISTRICT, LOST          GSA and 1:06-CV-00245-OWW-GSA)
     HILLS WATER DISTRICT, WHEELER RIDGE-
13   MARICOPA WATER STORAGE DISTRICT,
     AND DEE DILLON,                             **ORDER ENTERING CONSENT DECREE**
14
15                   Plaintiffs,

16           vs.

17   JOHN McCAMMAN, in his official capacity as
     Director of the California Department of Fish and
18   Game,

19                   Defendant,

20   CENTRAL DELTA WATER AGENCY, et al.

21                   Defendant-Intervenors,

22   CALIFORNIA SPORTFISHING PROTECTION
     ALLIANCE, et al.,
23
                     Defendant-Intervenors.
24
     AND RELATED CASES
25

26
27
28

[PROPOSED] ORDER ENTERING CONSENT DECREE

PDF created with pdfFactory trial version www.pdffactory.com

On February 10, 2011, Plaintiffs Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District and Dee Dillon (collectively "Plaintiffs") and Defendant John McCamman, in his official capacity as Director of the California Department of Fish and Game (the "State Defendant"), filed a Motion for Entry of Stipulated Consent Decree ("Motion").  On March 3, 2011, Defendant-Intervenors California Sportfishing Protection Alliance, California Striped Bass Association, the Northern California Council of the Federation of Fly Fishers, Central Delta Water Agency, South Delta Water Agency, Honker Cut Marine, Inc., Rudy Mussi, and Robert Souza (collectively "Defendant-Intervenors") filed two separate oppositions to the Motion.  On March 17, 2011, the Court heard oral argument on the Motion.  All parties were represented by counsel, as stated on the record.  On April 5, 2011, in a memorandum decision (ECF No. 251), the Court found that the settlement agreement is fair, reasonable, and equitable and does not violate the law or public policy.

NOW THEREFORE, for the reasons articulated in the April 5, 2011 memorandum decision, THE COURT HEREBY ORDERS;

1.  The motion for approval of the settlement agreement is GRANTED.

2.  Consistent with the above-referenced memorandum decision, the Court enters the attached settlement agreement as a Consent Decree, incorporating the following conditions:

    a. The Defendant-Intervenors shall be provided notice and the opportunity to participate in and provide input in the development of the Regulatory Proposal consistent with and subject to paragraphs 3, 4, 5, 8, and 16 of the settlement agreement.

    b. The Defendant-Intervenors shall further be provided the opportunity to participate in and provide input to the California Fish and Game Commission during the regulatory process, including any proceedings relating to the Fish and Game Commission's consideration of the Regulatory Proposal, pursuant to the California Administrative Procedure Act and Sections 205 and 207 of the California Fish and Game Code.

ORDER ENTERING CONSENT DECREE                                                          1

PDF created with pdfFactory trial version www.pdffactory.com

The Court expressly notes that nothing provided herein, or in its prior memorandum decision, shall be construed or implied to require that any general or specific regulatory proposal be made.

The Court shall retain jurisdiction for the purpose of enforcing compliance with the terms of the Consent Decree and this Order.

**IT IS SO ORDERED.**

Dated: <u>April 19, 2011</u>                    /s/ OLIVER W. WANGER
United States District Court Judge

ORDER ENTERING CONSENT DECREE                                                    2

PDF created with pdfFactory trial version www.pdffactory.com