UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA, BELRIDGE WATER STORAGE DISTRICT, BERRENDA MESA WATER DISTRICT, LOST HILLS WATER DISTRICT, WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, AND DEE DILLON,<br><br>  Plaintiffs,<br><br>  vs.<br><br>JOHN McCAMMAN, in his official capacity as Director of the California Department of Fish and Game,<br><br>  Defendant,<br><br>CENTRAL DELTA WATER AGENCY, et al.<br><br>  Defendant-Intervenors,<br><br>CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, et al.,<br><br>  Defendant-Intervenors. | Case No: 1:08-CV-00397-LJO-MJS<br>(Related Cases:<br>  1:05-cv-01207-LJO-MJS<br>  1:06-cv-00245-LJO-MJS<br>  1:09-cv-00480-LJO-MJS)<br><br>**STIPULATION AND ORDER TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE**<br><br>Courtroom: 3<br>Judge:   Hon. Lawrence J. O'Neill |
| AND RELATED CASES | |

WHEREAS, although all the parties were not able to agree upon settlement terms, Plaintiffs and the then Director of the California Department of Fish and Game, John McCamman (the State Defendant), were able to agree upon terms, and executed a settlement agreement;

WHEREAS, on April 19, 2011, the Court entered the settlement agreement as a consent decree (see ECF No. 253);

WHEREAS, under the terms of the settlement agreement, the State Defendant was obligated to, among other things, develop a proposal based upon the best available scientific information to modify the striped bass sport fishing regulation to reduce striped bass predation on the endangered Sacramento River winter-run chinook salmon, the threatened delta smelt, the threatened Central Valley spring-run chinook salmon, and the threatened Central Valley steelhead (the "Listed Species") to be submitted to the California Fish and Game Commission, along with a recommendation that the Commission modify the striped bass sport fishing regulation consistent with the proposal;

WHEREAS, under the terms of the settlement agreement, once the California Fish and Game Commission takes final action on the State Defendant's proposal (by making a final decision to approve, modify and approve, or reject the proposal), Plaintiffs are obligated to take all necessary steps to dismiss their First Amended Complaint with prejudice;

WHEREAS, in the settlement agreement, the Plaintiffs and the State Defendant agreed to each pay their own attorneys' fees and costs and expert witness fees and costs, and also agree that neither shall be entitled to nor shall they seek from the Court any payment for any such fees and/or costs from the other;

WHEREAS, the State Defendant, with the collaboration of the U.S. Fish and Wildlife Service and the National Oceanic and Atmospheric Administration Fisheries Service, developed a joint proposal in accordance with the terms of the settlement agreement;

WHEREAS, the State Defendant has satisfied all requirements of the settlement agreement relating to the development of the regulatory proposal and the submission of that proposal to the California Fish and Game Commission; and

WHEREAS, on February 2, 2012, the California Fish and Game Commission voted to deny the proposal, thereby making a final decision, as that term is defined in the settlement agreement;

1   NOW THEREFORE, Plaintiffs, the State Defendant, and the Defendant Intervenors, through their respective counsel, stipulate and agree, subject to the approval of the Court, that the Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismiss Plaintiffs' First Amended Complaint with prejudice, with each party to pay their own attorneys' fees and costs and expert witness fees and costs.

Dated: February 27, 2012

KAMALA D. HARRIS
Attorney General of the State of California
CLIFFORD T. LEE
Deputy Attorney General
DEBORAH A. WORDHAM
Deputy Attorney General
DANIEL FUCHS
Deputy Attorney General


By: ___/s/ Clifford T. Lee, Esquire___
     (As authorized on Feb. 22, 2012)
     CLIFFORD T. LEE

Attorneys for Defendant John McCamman, Director of the California Department of Fish and Game

Dated: February 27, 2012

NOMELLINI, GRILLI &McDANIEL
PROFESSIONAL LAW CORPORATION


By: ___/s/ Daniel A. McDaniel, Esquire___
     (As authorized on Feb. 23, 2012)
     DANIEL A. McDANIEL

Attorneys for Defendants in Intervention Central Delta Water Agency, et al.

Dated: February 27, 2012

MICHAEL B. JACKSON


By: ___/s/ Michael B. Jackson, Esquire___
     (As authorized on Feb. 22, 2012)
     MICHAEL B. JACKSON

Attorneys for Defendants in Intervention California Sportfishing Protection Alliance, et al.

Dated:   February 27, 2012

ROBERT D. THORNTON
PAUL S. WEILAND
HENRY S. WEINSTOCK
BENJAMIN Z. RUBIN
NOSSAMAN LLP


By:   /s/ Paul S. Weiland, Esquire
        Paul S. Weiland

Attorneys for Plaintiffs
Coalition for a Sustainable Delta, Belridge Water Storage District, Berrenda Mesa Water District, Lost Hills Water District, Wheeler Ridge-Maricopa Water Storage District, and Dee Dillon


    FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' First Amended Complaint be dismissed with prejudice, with each party to pay their own attorneys' fees and costs and expert witness fees and costs.


IT IS SO ORDERED.

   Dated:   **February 28, 2012**              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE